IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLIED DENTAL GROUP, LTD, | CIVIL DIVISION |
| Plaintiff, | |
| v. | No. 2:12-cv-01637-CB |
| STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendant. | **JURY TRIAL DEMANDED** |

## STIPULATION

**AND NOW**, come the parties, by and through their undersigned counsel, and hereby agree and stipulate as follows:

1. Plaintiff hereby withdraws with prejudice Count I of its Amended Complaint;

2. Plaintiff withdraws with prejudice Count III of its Amended Complaint, including all claims for bad faith, attorney's fees, costs, and punitive damages;

3. The parties shall resolve Plaintiff's claims in Count II of the Amended Complaint through private arbitration;

4. The parties request the Court place this case in an "Administrative Closed" status pending completing of the arbitration process;

5. Upon completion of the arbitration process, parties shall file a Stipulation of Dismissal.

Respectfully Submitted,                          Respectfully Submitted,


/s/ Mary Jo Rebelo                               /s/Daniel L. Rivetti
Mary-Jo Rebelo, Esquire                          Daniel L. Rivetti, Esquire
Houston Harbaugh                                 Robb Leonard Mulvihill LLP
Attorneys for Plaintiff                          Attorneys for Defendant

{R0419607.1 }